JOHN S. WISE, JR., Respondent, v. EDOUARD D. HARRINGTON, Defendant, and A. BURTT HARRINGTON, Appellant, Individually and as Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JAMES A. BEHA, as Superintendent of Insurance of the State of New York, Respondent, for an Order to Take Possession of the Property and Assets of the SECOND RUSSIAN INSURANCE COMPANY, Appellant.— Appeal dismissed, with ten dollars costs and disbursements to the respondent. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FREDERICK K. RUPPRECHT, Respondent, v. CHARLES O. READ and Another, Defendants, Impleaded with JAMES R. MACCOLL (Appearing Specially), Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Application of THE PEOPLE OF THE STATE OF NEW YORK, by JESSE S. PHILLIPS, as Superintendent of Insurance of the State of New York, Appellant, for an Order to Take Possession of the Property and Liquidate the Business of the CASUALTY COMPANY OF AMERICA. In the Matter of the Claim of MAI E. WALKER, Respondent (Liability Claim No. 6577-O).— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

MURRAY LEWIS and Another, Appellants, v. SAMUEL SILVER, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. The date for the examination to proceed to be fixed in the order. Settle order on notice. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

VICTOR COOPER, Respondent, v. MURRAY WEINSTEIN and Another, Appellants.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

In the Matter of the Petition of UNITED STATES LIGHT AND HEAT CORPORATION, Respondent, for an Order Directing FRANK B. VERMILYA, an Attorney, Appellant, to Turn over Moneys, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FRANCES M. GESELL, Appellant, v. CHARLES L. GESELL, Respondent.— Order so far as appealed from affirmed. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

FIRST NATIONAL BANK OF BRECKENRIDGE, TEXAS, Respondent, v. HENRY R. KUNHARDT and Another, Appellants, and Another, Defendant, Individually and as Copartners, etc.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.

ROBERT J. REILLY, an Infant, by PATRICK J. REILLY, His Guardian ad Litem, Respondent, v. BURNS BROS., Appellant.— Order so far as appealed from modified by granting items 4, 7, 8 and 10, and subdivisions b, f and g of item 11 of the notice of motion, and as so modified affirmed, without costs. The bill of particulars to be served within ten days from service of order. No opinion. Present — Clarke, P. J., Dowling, Merrell, McAvoy and Burr, JJ.